# Scott Terry

| | |
|---|---|
| **From:** | Scott Terry |
| **Sent:** | Wednesday, November 18, 2020 4:08 PM |
| **To:** | Owens, Brett |
| **Cc:** | Harlow, Julia; Howard, Christine |
| **Subject:** | RE: MEDIATION: Williams v. National Aviation Services, LLC [November 13, 2020] |

Brett:

I oppose your motion because I do not believe it is necessary. Mr. Williams is available for deposition, so just let me know what days work for you. He came by my office today and he provided me the information that I need to complete the discovery responses. I will have it to you by next Tuesday. I can't promise it before then because I have an appeal brief due Monday and a deposition on Friday so its very tight. My Williams has been battling some serious health issues recently requiring hospitalization, which has accounted for the delays. But he is on the mend, and expects to be able to fully participate in the litigation going forward.

Scott

**From:** Owens, Brett <bowens@fisherphillips.com>
**Sent:** Wednesday, November 18, 2020 3:55 PM
**To:** Scott Terry <sterry@fgbolaw.com>
**Cc:** Harlow, Julia <jharlow@fisherphillips.com>; Howard, Christine <choward@fisherphillips.com>
**Subject:** RE: MEDIATION: Williams v. National Aviation Services, LLC [November 13, 2020]

Scott,

Sorry that I missed call your call. I am going to be stuck on the phone for at least the next hour. We need to file our Motion. Please let me us know if Plaintiff is opposed to the Motion to Compel. Thank you.



**Brett P. Owens**
Attorney at Law
Fisher & Phillips LLP
101 East Kennedy Blvd. | Suite 2350 | Tampa, FL 33602
bowens@fisherphillips.com | O: (813) 769-7512

vCard | Bio | Website   *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

**From:** Owens, Brett
**Sent:** Tuesday, November 17, 2020 9:04 PM
**To:** 'Scott Terry' <sterry@fgbolaw.com>
**Cc:** Harlow, Julia <jharlow@fisherphillips.com>; Howard, Christine <choward@fisherphillips.com>
**Subject:** RE: MEDIATION: Williams v. National Aviation Services, LLC [November 13, 2020]

Good evening Scott,



EXHIBIT B

1

We will be filing a Motion to Compel discovery responses and Plaintiff's deposition. Please let us know your position regarding the same. Thank you.



**Brett P. Owens**
Attorney at Law
Fisher & Phillips LLP
101 East Kennedy Blvd. | Suite 2350 | Tampa, FL 33602
bowens@fisherphillips.com | O: (813) 769-7512

vCard | Bio | Website   *On the Front Lines of Workplace Law*℠

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Owens, Brett
**Sent:** Friday, November 6, 2020 2:31 PM
**To:** 'Scott Terry' <sterry@fgbolaw.com>
**Cc:** Harlow, Julia <jharlow@fisherphillips.com>; Howard, Christine <choward@fisherphillips.com>
**Subject:** RE: MEDIATION: Williams v. National Aviation Services, LLC [November 13, 2020]

Good afternoon Scott,

Please let us know Plaintiff's availability for mediation on or before December 14th. Additionally, we will need to depose Plaintiff prior to the mediation and we will need full and compete answers to the initial discovery prior to the deposition. If we do not receive the discovery responses by Tuesday November 10th, I will file a Motion to Compel. Thank you.

Also, for scheduling purposes, I am unavailable on December 2nd and 3rd.



**Brett P. Owens**
Attorney at Law
Fisher & Phillips LLP
101 East Kennedy Blvd. | Suite 2350 | Tampa, FL 33602
bowens@fisherphillips.com | O: (813) 769-7512

vCard | Bio | Website   *On the Front Lines of Workplace Law*℠

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Owens, Brett
**Sent:** Wednesday, November 4, 2020 1:08 PM
**To:** Scott Terry <sterry@fgbolaw.com>
**Cc:** Harlow, Julia <jharlow@fisherphillips.com>; Howard, Christine <choward@fisherphillips.com>
**Subject:** RE: MEDIATION: Williams v. National Aviation Services, LLC [November 13, 2020]

Scott,

Are you opposed to the request to extend the mediation deadline? I wasn't sure based on the email below. Thank you.



**Brett P. Owens**
Attorney at Law
Fisher & Phillips LLP
101 East Kennedy Blvd. | Suite 2350 | Tampa, FL 33602
bowens@fisherphillips.com | O: (813) 769-7512

vCard | Bio | Website   *On the Front Lines of Workplace Law*℠

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Scott Terry <sterry@fgbolaw.com>
**Sent:** Wednesday, November 4, 2020 11:11 AM
**To:** Owens, Brett <bowens@fisherphillips.com>
**Cc:** Harlow, Julia <jharlow@fisherphillips.com>; Howard, Christine <choward@fisherphillips.com>
**Subject:** RE: MEDIATION: Williams v. National Aviation Services, LLC [November 13, 2020]

I don't extend a request to extend the mediation deadline.

**From:** Owens, Brett <bowens@fisherphillips.com>
**Sent:** Wednesday, November 4, 2020 11:08 AM
**To:** Scott Terry <sterry@fgbolaw.com>
**Cc:** Harlow, Julia <jharlow@fisherphillips.com>; Howard, Christine <choward@fisherphillips.com>
**Subject:** RE: MEDIATION: Williams v. National Aviation Services, LLC [November 13, 2020]

Scott,

Please let us know your position regarding Defendant's Motion to Extend the Mediation Deadline. Thank you.



**Brett P. Owens**
Attorney at Law
Fisher & Phillips LLP
101 East Kennedy Blvd. | Suite 2350 | Tampa, FL 33602
bowens@fisherphillips.com | O: (813) 769-7512

vCard | Bio | Website   *On the Front Lines of Workplace Law*℠

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Howard, Christine
**Sent:** Wednesday, November 4, 2020 10:52 AM
**To:** Skidmore, Patsy <pskidmore@bradley.com>; Owens, Brett <bowens@fisherphillips.com>
**Cc:** Hanley, Mark <mHanley@bradley.com>; Harlow, Julia <jharlow@fisherphillips.com>; Scott Terry <sterry@fgbolaw.com>
**Subject:** RE: MEDIATION: Williams v. National Aviation Services, LLC [November 13, 2020]
**Importance:** High

Thank you, Patsy. I've looped in Scott to this email conversation.

3

Scott – as you can see below there is a cancellation fee if we do not cancel by the 6th. Brett is preparing a motion to extend the mediation deadline but it may not be ruled upon by Friday. Assuming it is not ruled upon by then, we will go forward with the mediation but would expect Plaintiff to pick up the entire fee if Plaintiff cancels after the 6th or does not show for the mediation.

Please reply all so the mediator and we know where we stand on this issue.

Thank you,

Christine



**Christine E. Howard**
**Partner**
Fisher & Phillips LLP
101 East Kennedy Blvd. | Suite 2350 | Tampa, FL 33602
choward@fisherphillips.com | O: (813) 769-7503

vCard | Bio | Website   *On the Front Lines of Workplace Law*℠

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Skidmore, Patsy <pskidmore@bradley.com>
**Sent:** Wednesday, November 4, 2020 9:24 AM
**To:** Howard, Christine <choward@fisherphillips.com>; Owens, Brett <bowens@fisherphillips.com>
**Cc:** Hanley, Mark <mHanley@bradley.com>; Harlow, Julia <jharlow@fisherphillips.com>; Skidmore, Patsy <pskidmore@bradley.com>
**Subject:** RE: MEDIATION: Williams v. National Aviation Services, LLC [November 13, 2020]

Good morning Christine,

Thank you for the information. I received a response from Plaintiff's counsel last Thursday providing their contact information for the Zoom mediation. If you believe the mediation will not go forward as scheduled, please be advised that the mediation must be cancelled no later than Friday, November 6th in order to avoid a late cancellation fee.

Thank you.

**Patsy Skidmore**
Legal Assistant | Bradley
pskidmore@bradley.com
813.559.5513

---

**From:** Howard, Christine <choward@fisherphillips.com>
**Sent:** Tuesday, November 3, 2020 5:07 PM
**To:** Skidmore, Patsy <pskidmore@bradley.com>; Owens, Brett <bowens@fisherphillips.com>
**Cc:** Hanley, Mark <mHanley@bradley.com>; Harlow, Julia <jharlow@fisherphillips.com>
**Subject:** RE: MEDIATION: Williams v. National Aviation Services, LLC [November 13, 2020]

[External Email]

Patsy,

We have not responded yet because we understood plaintiff's counsel planned to withdraw from the case and advised us they were not able to locate their client, resulting in them not responding to written discovery or being available for deposition. We believe the mediation will have to be postponed, but have been waiting on plaintiff's counsel to take action to effectuate either his withdrawal or moving to continue deadlines.

**Christine E. Howard**
Partner
Fisher & Phillips LLP
101 East Kennedy Blvd. | Suite 2350 | Tampa, FL 33602
choward@fisherphillips.com | O: (813) 769-7503

vCard | Bio | Website   *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

**From:** Skidmore, Patsy <pskidmore@bradley.com>
**Sent:** Tuesday, November 3, 2020 3:05 PM
**To:** Owens, Brett <bowens@fisherphillips.com>; Howard, Christine <choward@fisherphillips.com>
**Cc:** Hanley, Mark <mHanley@bradley.com>; Harlow, Julia <jharlow@fisherphillips.com>; Skidmore, Patsy <pskidmore@bradley.com>
**Subject:** RE: MEDIATION: Williams v. National Aviation Services, LLC [November 13, 2020]

Good afternoon,

Just following up on my previous email below. At your earliest convenience, please provide us with the <u>email addresses</u> and <u>telephone numbers</u> (including yourself and your client) of everyone who will be participating on your side so that we may send out the Zoom invitation.

Thank you.

**Patsy Skidmore**
Legal Assistant | Bradley
pskidmore@bradley.com
813.559.5513

**From:** Skidmore, Patsy <pskidmore@bradley.com>
**Sent:** Thursday, October 29, 2020 11:42 AM
**To:** Scott Terry <sterry@fgbolaw.com>; bowens@fisherphillips.com; Howard, Christine <choward@fisherphillips.com>
**Cc:** Hanley, Mark <mHanley@bradley.com>; Skidmore, Patsy <pskidmore@bradley.com>; Harlow, Julia <jharlow@fisherphillips.com>; Gina Wuthrich <GWuthrich@fgbolaw.com>
**Subject:** MEDIATION: Williams v. National Aviation Services, LLC [November 13, 2020]

5

Good afternoon,

Attached please find a copy of our Mediation Confirmation Letter for the above-referenced matter. Due to COVID-19 and our office working remotely, a hard copy of the letter will not follow.

**At your earliest convenience, please provide us with the email addresses and telephone numbers (including yourself and your client) of everyone who will be participating on your side and we will send out the Zoom invitation once all information has been received. Please note that break-out rooms will be established for the respective sides.**

Please feel free to call with any questions.

Thank you.



**Patsy Skidmore**
Legal Assistant
e: pskidmore@bradley.com  w: bradley.com
d: 813.559.5513  f: 813.229.5946
Bradley Arant Boult Cummings LLP
100 N. Tampa Street, Suite 2200
Tampa, FL 33602-5809

LinkedIn | Facebook | Twitter | Instagram | Blogs

Confidentiality Notice. This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.