IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EUGENE WILLIAMS,**

    **Plaintiff,**

v.                                        **CASE NO.: 8:20-CV-01397**

**NATIONAL AVIATION
SERVICES, LLC,**

    **Defendant.**
_____/

## NOTICE OF SETTLEMENT

Plaintiff, EUGENE WILLIAMS, by and through his undersigned counsel, files this Notice of Settlement of the above-captioned cause and requests that, pursuant to Local Rule 3.08, this Court remove this cause from the present trial docket and keep the file open for administrative purposes for the next 60 days for purposes of allowing parties to complete all matters relating to the settlement.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 15, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send electronic notice of filing to all counsel of record.

                                          **FLORIN GRAY BOUZAS OWENS, LLC**

                                          */s/ Scott L. Terry*
                                          **SCOTT L. TERRY, ESQUIRE**
                                          Florida Bar No.: 77105
                                          Primary:    scott@fgbolaw.com
                                          Secondary:  gina@fgbolaw.com
                                          **WOLFGANG M. FLORIN, ESQUIRE**
                                          Florida Bar No.: 907804
                                          wolfgang@fgbolaw.com
                                          16524 Pointe Village Drive, Suite 100
                                          Lutz, FL 33558
                                          Telephone (727) 254-5255; Facsimile (727) 483-7942
                                          *Trial Attorneys for Plaintiff*