UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EUGENE WILLIAMS,

    Plaintiff,

v.                                              CASE NO. 8:20-cv-1397-T-231397

NATIONAL AVIATION
SERVICES, LLC,

    Defendant.
_____/

## ORDER

In accord with the parties' stipulation (Doc. 28), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on January 19, 2021.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE